

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00779-CR

Jason Colt **HARPER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR9261
Honorable Frank J. Castro, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              H. Todd McCray, Justice
              Velia J. Meza, Justice

Delivered and Filed: April 16, 2025

DISMISSED

Appellant, Jason Colt Harper, has filed a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.2(a). The motion, which is signed by Harper's counsel and includes a statement signed by Harper indicating that he agrees to the withdrawal of his appeal, substantially complies with Texas Rule of Appellate Procedure 42.2(a). *See id*.; *White v. State*, 993 S.W.2d 381, 382 (Tex. App.— Waco 1999, no pet.). No opinion has issued. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we reinstate this appeal, grant the motion, and dismiss this appeal. *See id*. We dismiss any other pending motions as moot.

PER CURIAM

DO NOT PUBLISH